IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

WILLIAM BURNETT, As Special Administrator
Of the Estate of SARAH BURNETT, Deceased                                    PLAINTIFF

v.                               CIVIL NO. 20-3046 – TLB

AMERICAN INTERNATIONAL INDUSTRIES, et al.                                  DEFENDANTS

## ORDER

Before the Court for consideration is Plaintiff's Motion to Compel (ECF No. 189), Defendants' Response (ECF No. 201) and Plaintiff's Reply (ECF No. 205) and being well and sufficiently advised that the parties were able to conference and resolve the issues raised therein, finds that the Motion should be and hereby is **DENIED AS MOOT**.

IT IS SO ORDERED this 5th day of July 2022.

*Christy Comstock*
_____
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE